UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Greg Matthew Rollison | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 09-27801 HRT |
| _____ | ) | |
| Kelvin Knaub and | ) | |
| Holly Knaub | ) | |
| | ) | Adversary Action |
| Plaintiffs, | ) | Case #: 10-1476-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Matthew Rollison | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REOPEN ADVERSARY AND FOR REVIVAL OF JUDGMENT**

The Judgment Creditor respectfully moves this Court, pursuant to 11 U.S.C. § 350(b), Rule 5010 F.R.B.P., Rule 69(a) F.R.C.P., and Rule 54(h) C.R.C.P., to reopen the Adversary Action for the purpose of reviving the judgment previously entered in this action, and as grounds states as follows:

1. This Court entered judgment on November 3, 2014, against Greg Matthew Rollison in the principal amount of $17,293.16 plus interest on the unpaid balance at the federal judgment rate under 28 U.S.C. § 1961 from the date of the judgment, plus costs in the amount $3,271.31.

2. The Court has closed the Adversary Action. Pursuant to 11 U.S.C. § 350(b) and Rule 5010 F.R.B.P., a case may be reopened by the debtor or another party in interest for cause. Here, the judgment remains unsatisfied in the amount of $17,293.16 plus interest on the unpaid balance at the federal judgment rate under 28 U.S.C. § 1961 from the date of the judgment, plus costs in the amount $3,271.31. Pursuant to the decisions of the Tenth Circuit Court of Appeals in <u>McCarthy v. Johnson</u>, 172 F.3d 63, 1999 WL 1150810 (C.A.10(Utah)) and <u>Securities Investor Protection Corporation v. Institutional Securities of Colorado, Inc.</u>, 37 Fed.Appx.423, 2002 WL 1150810 (C.A.10(Colo.))the Revived Judgment lien expires on January 6, 2015.

3.  The Judgment Creditor made reasonably diligent efforts to satisfy the judgment against the Judgment Debtor by periodically investigating the Debtor to locate the Debtor and his assets, and assist on collecting against the same including filing wage garnishments when employment has been determined. Those efforts were unsuccessful. The Judgment Creditor intends to again hire an investigator and pursue collection of the judgment amount believing that she may be successful in locating and collecting against the Debtor due to the likelihood the Debtor has obtained more stability in his personal life and career.

WHEREFORE, the Judgment Creditor respectfully moves this Court for an order reviving the judgment in this action.

DATED this 16th day of October, 2020.

MARCH & OLIVE, LLC
*Original Signature on File*


/S     Stewart W. Olive, AR 16134
       MARCH & OLIVE, LLC
       1312 S. College Avenue
       Fort Collins, CO 80524
       (970) 484-3990

CERTIFICATE OF MAILING

I hereby certify that on this 16th day of October, 2020, I E-filed a true and correct copy of the foregoing **MOTION TO REOPEN ADVERSARY AND FOR REVIVAL OF JUDGMENT** with notice to**:**

United States Bankruptcy Court
U.S. Customs House
721 19th Street
Denver, CO 80202-2508

/S    Kristine Smith, CLA
Certified Paralegal
March & Olive, LLC