UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Greg Matthew Rollison | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 09-27801 HRT |
| _____ | ) | |
| Kelvin Knaub and | ) | |
| Holly Knaub | ) | |
| | ) | Adversary Action |
| Plaintiffs, | ) | Case #: 10-1476-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Matthew Rollison | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REOPENING ADVERSARY ACTION AND REVIVAL OF JUDGMENT**

THIS MATTER coming before the Court on the Judgment Creditor's Motion for Revival of Judgment pursuant to 11 U.S.C. § 350(b), Rule 5010 F.R.B.P., Rule 69(a) F.R.C.P., and Rule 54(h) C.R.C.P., the Court having considered the Motion and being otherwise fully advised does hereby Order:

The Adversary Action is hereby reopened for cause. The judgment entered on November 3, 2014, against Greg Rollison in the amount of $17,293.16 plus interest on the unpaid balance at the federal judgment rate under 28 U.S.C. § 1961 from the date of the judgment until satisfied, plus costs incurred in connection with adversary proceeding in the amount of $3,271,31, is hereby revived as today's date.

Dated this _____ day of _____, 2020.

_____
Bankruptcy Court Judge