**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: <br><br> GREG MATTHEW ROLLISON <br><br> Debtor. | Case No. 09-27801 MER <br><br> Chapter 7 |
| HOLLY KNAUB and KELVIN KNAUB, <br><br> Plaintiffs. <br><br> v. <br><br> GREG MATTHEW ROLLISON, <br><br> Defendant. | Adv. Case No. 10-01476 MER |

## ORDER

This matter comes before the Court on the Motion to Reopen Adversary and for Revival of Judgment[1] filed by Plaintiffs Kelvin and Holly Knaub (together, "**Knaub**"). In the Motion, Knaub requests the Court reopen this proceeding and revive the judgment entered against Debtor Greg Matthew Rollison on November 3, 2014.[2]

Colo. R. Civ. P. 54(h), as made applicable herein by Fed. R. Civ. P. 69(a) and Fed. R. Bankr. P. 7069, provides in relevant part the following procedure for revival of judgments:

> To revive a judgment a motion shall be filed alleging the date of the judgment and the amount thereof which remains unsatisfied. Thereupon the clerk shall issue a notice requiring the judgment debtor to show cause within 14 days after service thereof why the judgment should not be revived. The notice shall be served on the judgment debtor in conformity with Rule 4. If the judgment debtor answer, any issue so presented shall be tried and determined by the court.

While Knaub included the relevant information pertaining to the date of the judgment and amount remaining unsatisfied in the Motion, Rollison must be provided

---

[1] ECF No. 145 ("**Motion**").

[2] ECF No. 140 ("**Judgment**").

the required notice and opportunity to show cause why the Judgment should not be revived.

Accordingly, IT IS HEREBY ORDERED

The Motion is GRANTED IN PART. This matter is administratively reopened for the purpose of determining whether revival of the Judgment is appropriate. Knaub shall provide this Court with a proposed Notice pursuant to Colo. R. Civ. P. 54(h) within seven (7) days of this Order, at which time the Clerk shall enter such Notice and serve Rollison accordingly.

Dated October 28, 2020   BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court