United States Bankruptcy Court
District of Colorado

Knaub,
    Plaintiff

Rollison,
    Defendant

Adv. Proc. No. 10-01476-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 1
Date Rcvd: Oct 28, 2020    Form ID: pdf904    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Greg Matthew Rollison, PO BOX 1763, Hayden, CO 81639-1763 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stewart W. Olive | on behalf of Plaintiff Holly Knaub stewart@olivelaw.com   stewart@olivelaw.com;kristine@olivelaw.com |
| Stewart W. Olive | on behalf of Plaintiff Kelvin Knaub stewart@olivelaw.com   stewart@olivelaw.com;kristine@olivelaw.com |

TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 09-27801 MER |
| GREG MATTHEW ROLLISON | |
| Debtor. | Chapter 7 |
| HOLLY KNAUB and KELVIN KNAUB, | Adv. Case No. 10-01476 MER |
| Plaintiffs. | |
| v. | |
| GREG MATTHEW ROLLISON, | |
| Defendant. | |

## ORDER

    This matter comes before the Court on the Motion to Reopen Adversary and for Revival of Judgment[1] filed by Plaintiffs Kelvin and Holly Knaub (together, "**Knaub**"). In the Motion, Knaub requests the Court reopen this proceeding and revive the judgment entered against Debtor Greg Matthew Rollison on November 3, 2014.[2]

    Colo. R. Civ. P. 54(h), as made applicable herein by Fed. R. Civ. P. 69(a) and Fed. R. Bankr. P. 7069, provides in relevant part the following procedure for revival of judgments:

> To revive a judgment a motion shall be filed alleging the date of the judgment and the amount thereof which remains unsatisfied. Thereupon the clerk shall issue a notice requiring the judgment debtor to show cause within 14 days after service thereof why the judgment should not be revived. The notice shall be served on the judgment debtor in conformity with Rule 4. If the judgment debtor answer, any issue so presented shall be tried and determined by the court.

    While Knaub included the relevant information pertaining to the date of the judgment and amount remaining unsatisfied in the Motion, Rollison must be provided

---

[1] ECF No. 145 ("**Motion**").

[2] ECF No. 140 ("**Judgment**").

the required notice and opportunity to show cause why the Judgment should not be revived.

Accordingly, IT IS HEREBY ORDERED

The Motion is GRANTED IN PART. This matter is administratively reopened for the purpose of determining whether revival of the Judgment is appropriate. Knaub shall provide this Court with a proposed Notice pursuant to Colo. R. Civ. P. 54(h) within seven (7) days of this Order, at which time the Clerk shall enter such Notice and serve Rollison accordingly.

Dated October 28, 2020

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court