**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:  Greg          Mathew          Rollison          Case #:     10-1476-MER
           First Name     Middle Name     Last Name

Debtor 2: _____   Chapter: _____
           First Name     Middle Name     Last Name

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**   **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on _____**month/day/year]**, I served a complete copy of **MOTION TO REOPEN ADVERSARY AND FOR REVIVAL OF JUDGMENT, [Proposed] ORDER REOPENING ADVERSARY ACTION AND REVIVAL OF JUDGMENT, and NOTICE TO SHOW CAUSE FOR REVIVAL OF JUDGMENT [document title, e,g, "Motion, Notice, and Proposed Order"]** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**_Greg Mathew Rollison, PO BOX 1763, Hayden, CO 81639_**

_____

**[List each party served and the manner of service, e.g., "Attorney Jane Smith, 123 Main St., Denver, CO, 80202" or "Attorney John Smith, via CM/ECF"]**

**Part 2**   **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on _____ **[month/day/year]**, I served a complete copy of _____ **[document title, e.g. "Notice"]** on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on _____ [month/day/year]** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

_____
_____
_____

**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

**Part 3**   **Signature**

Dated: _____        By: _____
                                                    Clerk of the Court

                                              Bar Number (if applicable): _____
                                              Mailing Address: _____
                                              Telephone number: _____
                                              Facsimile number: _____
                                              E-mail address: _____