UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Greg Matthew Rollison | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 09-27801 HRT |
| _____ | ) | |
| Kelvin Knaub and | ) | |
| Holly Knaub | ) | |
| | ) | Adversary Action |
| Plaintiffs, | ) | Case #: 10-1476-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Matthew Rollison | ) | |
| | ) | |
| Defendant. | ) | |

Amended NOTICE TO SHOW CAUSE FOR REVIVAL OF JUDGMENT

Plaintiffs have moved this Court, pursuant to C.R.C.P. 54(h), to revive the judgment entered by the Court on November 3, 2014, against Greg Matthew Rollison and in favor of the Plaintiffs in the principal amount of $17,293.16 plus interest on the unpaid balance at the federal judgment rate under 28 U.S.C. § 1961 from the date of the judgment, plus costs in the amount $3,271.31.

IT IS HEREBY ORDERED that the Defendant shall show cause within fourteen (14) days of the service upon them of this notice why the judgment should not be revived against him, or the Court will automatically revive the judgment.



By Deputy Clerk: K. Myhaver

Date: December 16, 2020