**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>GREG MATTHEW ROLLISON<br><br>      Debtor. | Case No. 09-27801 MER<br><br>Chapter 7 |
| HOLLY KNAUB and KELVIN KNAUB,<br><br>      Plaintiffs.<br><br>v.<br><br>GREG MATTHEW ROLLISON,<br><br>      Defendant. | Adv. Case No. 10-01476 MER |

## ORDER

     This matter comes before the Court *sua sponte*. On October 16, 2020, Plaintiffs Kelvin and Holly Knaub (together, "**Knaub**") filed a Motion to Reopen Adversary and for Revival of Judgment,[1] requesting the Court reopen this proceeding and revive the judgment entered against Debtor Greg Matthew Rollison on November 3, 2014.[2] The adversary proceeding was reopened,[3] and on November 10, 2020 a Notice to Show Cause for Revival of Judgment was entered by the Court.[4] An Amended Notice was entered on December 16, 2020.[5]

     Colo. R. Civ. P. 54(h), as made applicable herein by Fed. R. Civ. P. 69(a) and Fed. R. Bankr. P. 7069, states "the clerk shall issue a notice requiring the judgment debtor to show cause within 14 days after service thereof why the judgment should not be revived. The notice shall be served on the judgment debtor in conformity with Rule 4." Although the Rule is silent as to who will accomplish such service, insofar as Colo. R. Civ. P. 4 requires personal service upon individuals, it is clear the party seeking to revive the judgment is responsible for effectuating service. Although the Amended

---

[1] ECF No. 145 ("**Motion to Revive**").

[2] ECF No. 140 ("**Judgment**").

[3] ECF No. 146.

[4] ECF No. 149.

[5] ECF No. 150 ("**Amended Notice**").

Notice states "the Clerk shall enter such Notice and serve Rollison accordingly," such statement was made in error.[6]

Accordingly, IT IS HEREBY ORDERED

On or within twenty-one (21) days of this Order, Knaub shall effect service of the Amended Notice upon Rollison pursuant to Colo. R. Civ. P. 4 and file a certificate evidencing the same, failing which the Motion to Revive may be denied without prejudice.

Dated January 27, 2021

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[6] The Court notes the clerk did attempt service of the Amended Notice, albeit by first-class mail to a P.O. Box only, upon Rollison and such mail was returned as undeliverable. *See* ECF No. 152.