MARCH, OLIVE & PHARRIS, LLC
Stewart W. Olive, Esq.
CO Bar No. 16134
1312 S. College Avenue
Fort Collins, CO 80524-4114
Telephone: (970) 482-4322   Fax: (970) 482-5719
E-Mail: stewart@olivelaw.com
Attorney for Kelvin Knaub and Holly Knaub

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-27801-HRT |
| GREG MATTHEW ROLLISON | In Proceedings Under Chapter 7 |
| | |
| KELVIN KNAUB and HOLLY KNAUB, | Adversary Action |
| Plaintiffs, | Case No. 10-1476-MER |
| v. | |
| GREG MATTHEW ROLLISON, Defendant.. | |

**AFFIDAVIT OF SERVICE**
Amended Notice To Show Cause For Revival Of Judgment

I, Nick Boyd, affirm that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further affirm that the service of this AMENDED NOTICE TO SHOW CAUSE FOR REVIVAL OF JUDGMENT with CERTIFICATE OF NOTICE, NOTICE TO SHOW CAUSE FOR REVIVAL OF JUDGMENT, and MOTION TO REOPEN ADVERSARY AND FOR REVIVAL OF JUDGMENT, was made to Debtor/Defendant **Greg Matthew Rollison** on Thursday, February 11, 2021 at 8:32 p.m. by:

Personal Service, by leaving the process with the Debtor/Defendant Greg Matthew Rollison, at his usual place of abode, 1916 Thames Court, Loveland, Larimer County, Colorado 80538.

My fee is: $50.00

*Nick Boyd*

Nick Boyd

P. O. Box 271221

Fort Collins, CO 80527-1221

970 308-6775

STATE OF COLORADO        )
                         ) ss.
COUNTY OF LARIMER        )

Subscribed under oath before me by Nick Boyd on February 16, 2021

KRISTINE SMITH
Notary Public
State of Colorado
Notary ID # 19974020279
My Commission Expires November 6, 2021

*Kristine Smith*
Notary Public