UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Greg Matthew Rollison | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 09-27801 HRT |
| _____ | ) | |
| Kelvin Knaub and | ) | |
| Holly Knaub | ) | Adversary Action |
| Plaintiffs, | ) | Case #: 10-1476-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Matthew Rollison | ) | |
| Defendant. | ) | |

**NOTICE OF COMPLETION OF SERVICE**

Plaintiffs have completed service upon Defendant in accordance with the Court's Order dated January 27, 2021 filed at Document Number 153 and said Affidavit of Service has been filed as Document Number 155. Accordingly, Plaintiffs request the Court Order the Judgment renewed.

Dated this 26th day of February, 2021.

MARCH & OLIVE, LLC
*Original Signature on File*


/S     Stewart W. Olive, AR 16134
          MARCH & OLIVE, LLC
          1312 S. College Avenue
          Fort Collins, CO  80524
          (970) 484-3990

CERTIFICATE OF MAILING

I hereby certify that on this 26th day of February, 2021, I E-filed a true and correct copy of the foregoing **NOTICE OF COMPLETION OF SERVICE** with notice to**:**

United States Bankruptcy Court
U.S. Customs House
721 19th Street
Denver, CO 80202-2508

/S      Kristine Smith, CLA
Certified Paralegal
March & Olive, LLC