UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Greg Matthew Rollison | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 09-27801 HRT |
| _____ | ) | |
| Kelvin Knaub and | ) | |
| Holly Knaub | ) | Adversary Action |
| Plaintiffs, | ) | Case #: 10-1476-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Matthew Rollison | ) | |
| Defendant. | ) | |

## ORDER FOR REVIVAL OF JUDGMENT

THIS MATTER coming before the Court on the Judgment Creditor's Motion for Revival of Judgment pursuant to 11 U.S.C. § 350(b), Rule 5010 F.R.B.P., Rule 69(a) F.R.C.P., and Rule 54(h) C.R.C.P., the Court having considered the Motion and being otherwise fully advised does hereby Order:

Plaintiffs have served Defendant with the Amended Notice to Show Cause for Revival of Judgment, Certificate of Notice, Notice to Show Cause for Revival of Judgment and Motion to Reopen Adversary for Revival of Judgment on February 11, 2021 per the Affidavit of Service filed on February 16, 2021 at Document Number 155.  Although a Notice of Returned Mail to Greg Rollison was docketed at Document Number 152, the Affidavit of Service at Document Number 155 indicates personal service by manual delivery upon Mr. Rollinson.

Defendant Greg Matthew Rollison has failed to file a response.

Therefore, the judgment entered on November 3, 2014, at Document Number 140, against Greg Rollison in the amount of $17,293.16 plus interest on the unpaid balance at the federal judgment rate under 28 U.S.C. § 1961 from the date of the judgment until satisfied, plus costs incurred in connection with adversary proceeding in the amount of $3,271,31, is hereby revived as today's date. This judgment is non-dischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

Dated this  3rd      day of  March               , 2021.

_____
Bankruptcy Court Judge